AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McBryde, John H. | U.S.Dist. Ct., N. Dist. of TX | 03/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

501 West 10th Street
U.S. Courthouse, Room 401
Fort Worth, Texas 76102-3642

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-18): | | | | | | | | | |
| 2. Caterpillar Tractor | D | Dividend | M | T | | | | | |
| 3. Chevron Corp. | D | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | | | Sold | 07/27/12 | M | G | United Tech. Corp. |
| 7. ICO, Inc. | | None | | | | | J | A | See Section VIII |
| 8. IBM | B | Dividend | L | T | | | | | |
| 9. Johnson & Johnson | D | Dividend | M | T | | | | | |
| 10. Permian Basin Royalty Trust | D | Dividend | L | T | | | | | |
| 11. San Juan Basin Royalty Trust | C | Dividend | L | T | | | | | |
| 12. Weyerhaeuser Co. | B | Dividend | K | T | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 15. Bristol-Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 16. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 17. EnPro Industries | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Co. | A | Dividend | K | T | | | | | |
| 19. ************************ | | | | | | | | | |
| 20. BANK ACCOUNTS (21-22): | | | | | | | | | |
| 21. Frost Nat'l. Bank | A | Interest | N | T | | | | | |
| 22. Community Trust Bank | B | Interest | K | T | | | | | |
| 23. ************************ | | | | | | | | | |
| 24. MUNICIPAL BONDS: | | | | | | | | | |
| 25. Tarrant Co. TX Hsg. Fin. Corp. Rev. Single Fam. Mtg. | A | Interest | J | W | | | | | |
| 26. ************************ | | | | | | | | | |
| 27. MUTUAL FUNDS (NON-IRA) (28-36): | | | | | | | | | |
| 28. Eaton Vance Nat. Muni Fund | D | Int./Div. | M | T | | | | | |
| 29. Fidelity Investments - Puritan Fund | D | Dividend | N | T | | | | | |
| 30. T. Rowe Price-High Yield Fund | C | Dividend | L | T | | | | | |
| 31. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 32. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard Tax Exempt Money Market Fund | A | Dividend | M | T | | | | | See Section VIII |
| 34. Vanguard Group GNMA Fund | B | Dividend | L | T | | | | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 36. Vanguard International Growth Fund | C | Dividend | M | T | | | | | |
| 37. ************************ | | | | | | | | | |
| 38. MUTUAL FUNDS - (Roth IRAs) (39-47): | | | | | | | | | |
| 39. Vanguard Group-Wellington Fund | E | Dividend | N | T | | | | | |
| 40. Vanguard Group-GNMA Fund | D | Dividend | M | T | | | | | |
| 41. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 42. Vanguard Equity Income Fund | D | Dividend | N | T | | | | | |
| 43. Vanguard Windsor Fund | B | Dividend | M | T | | | | | |
| 44. Vanguard Primecap Fund | B | Dividend | L | T | | | | | |
| 45. Vanguard Group-Long Term Corp. Fund | E | Dividend | N | T | | | | | |
| 46. T.R. Price High Yield | E | Dividend | N | T | | | | | See Section VIII |
| 47. Fidelity Investments GNMA Fund | A | Dividend | M | T | | | | | See Section VIII |
| 48. ************************ | | | | | | | | | |
| 49. MUTUAL FUNDS (Traditional IRAs) (50-52) | | | | | | | | | |
| 50. Vanguard Group - Wellington Fund | A | Dividend | K | T | | | | | See Section VIII |
| 51. T.R. Price High Yield Fund | | | | | | | | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Fidelity Inv. GMNA Fund | E | Dividend | | | | | | | See Section VIII |
| 53. ************************ | | | | | | | | | |
| 54. OTHER (55-56): | | | | | | | | | |
| 55. U.S. Treas. Notes & Bonds | E | Interest | O | T | | | | | See Section VIII |
| 56. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 57. ************************ | | | | | | | | | |
| 58. LIFE INSURANCE POLICIES (59-60): | | | | | | | | | |
| 59. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | T | | | | | |
| 60. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McBryde, John H. | 03/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII. INVESTMENTS.

Dividends and gains on the non-IRA mutual funds (items 28-36) are reinvested as declared except the T. Rowe Price-High Yield Fund and Nuveen Fund.

The royalty income in relation to the Sherman County, Texas, mineral interest (item 56) was received from BP American Production Co.

All items of property listed in Section VII are the community property

The traditional IRA account shown as item 50 is carried in      name. An RMD was withdrawn from that account in late 2012 with a Value Code of J.

ICO, Inc., line 7 in Section VII, was merged into A. Schulman, Inc. The total value I received from the merger for my ICO, Inc. shares probably was less than $350.00. Included in the benefits I received from the merger were seven shares of A. Schulman, Inc., which probably are not worth more than a total of $175.00. For that reason, I have not shown A. Schulman, Inc., as an investment in Section VII.

On 4/20/12, I converted part of the investment shown on line 33 in Section VII (Vanguard Tax Exempt Money Market Fund) to the investment shown on line 34 (Vanguard Group GNMA Fund). The value code for the conversion is L.

On 11/27/12, I converted the traditional IRA shown on line 51 (T.R. Price High Yield Fund) to a Roth IRA (shown on line 46). The value code for the conversion is N. The income shown in column B.(1) on line 46 is income for entire year 2012, both before and after conversion

On 1/27/12, I converted the traditional IRA shown on line 52 (Fidelity Inv. GNMA Fund) to a Roth IRA (shown on line 47). The value code for the converstion is M. On 11/16/12, I withdrew my RMD, with a value code of K, from the Fidelity Inv. GNMA traditional IRA before the conversion.

This note pertains to the U.S. Treas. Notes and Bonds shown in Section VII as item 55. On 1/31/12, a treasury note with a value code of L matured, with a gain with an income code of A; on 7/31/12, a treasury note with a value code of M matured, with a gain with an income code of A; and, on 8/15/12, a treasury note with a value code of L matured, with a gain with an income code of A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John H. McBryde**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544